# UNITED STATES DISTRICT COURT

## Northern District of California

BETTA PRODUCTS, INC., et al.

                Plaintiff (s),

V.

ANDREW DYAKON

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 05-02274 CRB

Notice is hereby given that, subject to approval by the court, **Andrew Dyakon** substitutes
(Party (s) Name)

**Christopher G. Costin**, State Bar No. **70501** as counsel of record in
(Name of New Attorney)

place of **Leslie M. Werlin of McGuireWoods LLP.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Beyers & Costin

    Address: PO Box 878 Santa Rosa, CA 95402

    Telephone: (707) 547-2000      Facsimile (707) 526-2746

    E-Mail (Optional):

I consent to the above substitution.
Date: 1/7/08

Andrew Dyakon
*(signature)*
(Signature of Party (s))

I consent to being substituted.
Date: 12/27/07

Leslie M. Werlin
*(signature)*
(Signature of Former Attorney (s))

Christopher G. Costin

I consent to the above substitution.
Date: 1/3/08

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 10, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]