IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS INC, and DANA MCCURNIN,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>ANDREW DYAKON,<br><br>　　　　Defendant.<br>_____/ | No. C 05-2274 CRB<br><br>**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE** |

　　　According to the docket, plaintiffs have not taken any action to prosecute this action for nearly three years. Accordingly, plaintiffs are ORDERED TO SHOW CAUSE why this action should not be dismissed for their failure to prosecute. In deciding whether dismissal is appropriate, the Court will consider all of the parties' submissions to date in the related case of <u>Betta v. Shindle</u>, 06-2471CRB. To the extent a party wishes the Court to consider additional evidence or written argument, such material shall be filed on or before noon on Thursday, June 19, 2008. The Court will hear oral argument on the Order to Show Cause at 10:00 a.m. on Friday, June 20, 2008.

　　　**IT IS SO ORDERED.**

Dated: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2274\ordertoshowcause.frm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California