IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BETTA PRODUCTS INC., et al., | No. C 05-02274CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ANDREW DYAKON, | |
| Defendant. | |

The Court having dismissed plaintiffs' claims with prejudice pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute, judgment is entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED.**

Dated: June 24, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2274\judgment.wpd