United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTA PRODUCTS INC., and DANA MCCURNIN,

    Plaintiffs,

v.

ANDREW DYAKON,

    Defendant.
_____/

No. C 05-02274 CRB

BETTA PRODUCTS INC., and DANA MCCURNIN,

    Plaintiffs,

v.

RICHARD SHINDLE,

    Defendant.
_____/

No. C 06-2471 CRB

**ORDER CONSOLIDATING MOTIONS FOR HEARING**

Now pending are plaintiffs' motions for relief from judgment in the above matters, scheduled for oral argument on August 21, 2008. On August 8, 2008, defendants filed motions for sanctions on the ground that plaintiffs' motions for relief from judgment are frivolous. Defendants' noticed their motions for hearing on September 12, 2008. As plaintiffs' and defendants' motions are related, the Court will hear oral argument on all

1  pending motions on September 12, 2008.  The August 21, 2008 hearing is therefore

2  VACATED.

3  **IT IS SO ORDERED.**

4  Dated: August 12, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE